| | |
|---|---|
| BITUMINOUS CASUALTY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WALDEN RESOURCES, LLC, AMWES EXPLORATION, LLC, DANIEL POTTS, ZTX DRILLING, LLC, JONATHAN D. VANN, LEXINGTON INSURANCE COMPANY, NATIONAL POLLUTION FUNDS CENTER, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, WILD WELL CONTROL, INC., MARLOW VOLUNTEER FIRE DEPARTMENT, SUPERIOR WELL SERVICES, INC., GRIFFITH SERVICES, LLC, BLOWOUT TOOLS, INC., UNIVERSAL WELL SERVICES, INC., MILLER PETROLEUM, INC., FAY PORTABLE BUILDINGS, INC., ENGINEERING CONSTRUCTION SERVICES, INC., DIG IT UP EXCAVATION CO., VOLUNTEER TRENCHING, BILLINGS CRANE & MECHANICAL, INC., B. J. SERVICES COMPANY, NORTH EAST MUD SERVICES COMPANY, LLC, L&D WELL SERVICE, EAST TENNESSEE CONSTRUCTION, QUALITY SUPPLY, BRAD PENNINGTON, ROBERT KELLY, DEBRA KELLY, AND CLIFFORD N. HENDERSON, JR.,<br><br>    Defendants. | Case No: 3:09-cv-00060<br>(VARLAN/SHIRLEY) |

## AGREED ORDER OF DISMISSAL AS TO DEFENDANT NORTH EAST MUD SERVICES COMPANY, LLC

It appearing to the Court from the signatures hereto that:

1. As set forth in the complaint for declaratory judgment, interpleader and permanent injunctive relief filed in this action, North East Mud Services Company, LLC was joined pursuant to 28 U.S.C. § 2201, Rule 57 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1335 and Rule 22 of the Federal Rules of Civil Procedure, in that Bituminous Casualty Corporation felt that pursuant to the Declaratory Judgment Act and Federal Interpleader Act North East Mud Services Company, LLC might be affected by the declarations made by this Honorable Court, and based upon the desire of Bituminous Casualty Corporation that North East Mud Services Company, LLC be bound by the declarations made by this Honorable Court as to the issues raised in this action;

2. North East Mud Services Company, LLC has reviewed the complaint for declaratory judgment, interpleader and permanent injunctive relief, and the issues raised therein;

3. North East Mud Services Company, LLC affirmatively states that its claim has been paid, that it asserts no interest in the determinations requested in the complaint for declaratory judgment, interpleader and permanent injunctive relief, and that it agrees that it will not contest the declarations sought by Bituminous Casualty Corporation in the complaint for declaratory judgment, interpleader and permanent injunctive relief; and

4. Consequently, Bituminous Casualty Corporation and North East Mud Services Company, LLC have agreed that North East Mud Services Company, LLC may be dismissed from this case without prejudice and need not participate further in this litigation.

Based upon the representations contained herein, this Court dismisses North East

Mud Services Company, LLC from this matter upon the representations that it will claim no interest under the Declaratory Judgment Act and Federal Interpleader Act in the outcome of the determinations sought by Bituminous Casualty Corporation in the complaint for declaratory judgment, interpleader and permanent injunctive relief.

ENTERED this 8th day of April, 2009.

           s/ Thomas A. Varlan
           UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY BY:**

s/ Benjamin J. Miller
**PARKS T. CHASTAIN**
Registration No. 13744
**BENJAMIN J. MILLER**
Registration No. 025575
Attorneys for Plaintiff, Bituminous Casualty Corporation

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

**NORTH EAST MUD SERVICES COMPANY, LLC**

By: _Mitchell L Ring_ Mitchell L. Ring Jr.
Title: MEMBER