IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| BITUMINOUS CASUALTY CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) WALDEN RESOURCES, LLC, AMWES ) EXPLORATION, LLC, DANIEL POTTS, ) ZTX DRILLING, LLC, JONATHAN D. ) VANN, LEXINGTON INSURANCE ) COMPANY, NATIONAL POLLUTION ) FUNDS CENTER, UNITED STATES ) ENVIRONMENTAL PROTECTION ) AGENCY, WILD WELL CONTROL, INC., ) MARLOW VOLUNTEER FIRE ) DEPARTMENT, SUPERIOR WELL ) SERVICES, INC., GRIFFITH SERVICES, ) LLC, BLOWOUT TOOLS, INC., ) UNIVERSAL WELL SERVICES, INC., ) MILLER PETROLEUM, INC., FAY ) PORTABLE BUILDINGS, INC., ) ENGINEERING CONSTRUCTION ) SERVICES, INC., DIG IT UP ) EXCAVATION CO., VOLUNTEER ) TRENCHING, BILLINGS CRANE & ) MECHANICAL, INC., B. J. SERVICES ) COMPANY, NORTH EAST MUD ) SERVICES COMPANY, LLC, L&D WELL ) SERVICE, EAST TENNESSEE ) CONSTRUCTION, QUALITY SUPPLY, ) BRAD PENNINGTON, ROBERT KELLY, ) DEBRA KELLY, AND CLIFFORD N. ) HENDERSON, JR., ) ) Defendants. ) | Case No: 3:09-cv-00060 (VARLAN/SHIRLEY) |

### AGREED ORDER OF DISMISSAL AS TO DEFENDANT BILLINGS CRANE & MECHANICAL, INC.

It appearing to the Court from the signatures hereto that:

1. As set forth in the complaint for declaratory judgment, interpleader and permanent injunctive relief filed in this action, Billings Crane & Mechanical, Inc. was joined pursuant to 28 U.S.C. § 2201, Rule 57 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1335 and Rule 22 of the Federal Rules of Civil Procedure, in that Bituminous Casualty Corporation felt that pursuant to the Declaratory Judgment Act and Federal Interpleader Act Billings Crane & Mechanical, Inc. might be affected by the declarations made by this Honorable Court, and based upon the desire of Bituminous Casualty Corporation that Billings Crane & Mechanical, Inc. be bound by the declarations made by this Honorable Court as to the issues raised in this action;

2. Billings Crane & Mechanical, Inc. has reviewed the complaint for declaratory judgment, interpleader and permanent injunctive relief, and the issues raised therein;

3. Billings Crane & Mechanical, Inc. affirmatively states that its claim has been paid, that it asserts no interest in the determinations requested in the complaint for declaratory judgment, interpleader and permanent injunctive relief, and that it agrees that it will not contest the declarations sought by Bituminous Casualty Corporation in the complaint for declaratory judgment, interpleader and permanent injunctive relief; and

4. Consequently, Bituminous Casualty Corporation and Billings Crane & Mechanical, Inc. have agreed that Billings Crane & Mechanical, Inc. may be dismissed from this case without prejudice and need not participate further in this litigation.

Based upon the representations contained herein, this Court dismisses Billings Crane & Mechanical, Inc. from this matter upon the representations that it will claim no interest under the Declaratory Judgment Act and Federal Interpleader Act in the outcome

of the determinations sought by Bituminous Casualty Corporation in the complaint for declaratory judgment, interpleader and permanent injunctive relief.

ENTERED this 16th day of April, 2009.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY BY:**

s/ Benjamin J. Miller
**PARKS T. CHASTAIN**
Registration No. 13744
**BENJAMIN J. MILLER**
Registration No. 025575
Attorneys for Plaintiff, Bituminous Casualty Corporation

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

**BILLINGS CRANE & MECHANICAL, INC.**

By: _____
Title: PRESIDENT