UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | No. | 3:09-CV-60 (VARLAN/SHIRLEY) |
| WALDEN RESOURCES, LLC, AMWES EXPLORATION, LLC, DANIEL POTTS, ZTX DRILLING, LLC, JONATHAN D. VANN, LEXINGTON INSURANCE COMPANY, NATIONAL POLLUTION FUNDS CENTER, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, WILD WELL CONTROL, INC., MARLOW VOLUNTEER FIRE DEPARTMENT, SUPERIOR WELL SERVICES, INC., GRIFFITH SERVICES LLC, BLOWOUT TOOLS, INC., MILLER PETROLEUM, INC., FAY PORTABLE BUILDINGS, INC., B.J. SERVICES COMPANY, L&D WELL SERVICE, EAST TENNESSEE CONSTRUCTION, BRAD PENNINGTON, ROBERT KELLY, DEBRA KELLY, AND MICHAEL TRUMP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | | |
| Defendants. | ) ) ) | | |

**ORDER**

This civil action is before the Court on Plaintiff's Motion for Entry of Order of Dismissal as to Defendant Fay Portable Buildings, Inc. ("Fay") [Doc. 62]. Fay affirmatively states that it asserts no interest in the determinations requested in the complaint for declaratory judgment, interpleader, and permanent injunctive relief, and that it agrees that

it will not contest the declarations sought by plaintiff in the complaint for declaratory judgment, interpleader, and permanent injunctive relief. Consequently, plaintiff and Fay have agreed that Fay may be dismissed from this case without prejudice and need not participate further in this litigation.

Based upon the representations contained herein, this Court hereby **GRANTS** plaintiff's Motion for Entry of Order of Dismissal as to Defendant Fay Portable Buildings, Inc. [Doc. 62], and dismisses Fay from this matter upon the representations that it will claim no interest under the Declaratory Judgment Act and Federal Interpleader Act in the outcome of the determinations sought by Bituminous Casualty Corporation in the complaint for declaratory judgment, interpleader, and permanent injunctive relief.

    IT IS SO ORDERED.

    s/ Thomas A. Varlan
    UNITED STATES DISTRICT JUDGE